IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-3033-01-CR-S-DW |
| | ) | |
| STEVEN BRAYFIELD, SR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation denying Defendant's motion to suppress. Defendant has filed objections to the Report and Recommendation. After an independent review of the record, the applicable law and Defendant's objections, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby ORDERED that:

(1) Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 51) be attached to and made a part of this Order; and

(2) Defendant's Motion to Suppress (Doc. 31) is DENIED.

SO ORDERED.

Date: July 15, 2013                             /s/ Dean Whipple
                                                Dean Whipple
                                                United States District Judge